**Order entered September 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00779-CV

### IN THE INTEREST OF A.C.D., L.M.D., AND L.M.D., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30073-2016**

## ORDER

Before the Court is appellee Texas Department of Family and Protective Services' September 14, 2016 unopposed motion for extension of time in which to file its appellee brief. Appellee's brief was due on September 14, 2016. Appellee requests a seven-day extension of time.

We **GRANT** appellee's September 14, 2016 motion for extension of time to file its brief and extend the deadline for appellee's brief to September 21, 2016.

/s/  DOUGLAS S. LANG
    JUSTICE